UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Christopher Glenn Bowman** | ) |
| **Holly Lynn Bowman** | ) Case No. 16-10079 |
| | ) |
| **Debtors.** | ) |

### DEBTOR'S RULE 1009 MEMORANDUM

Pursuant to local rule, Debtors hereby state to the Court that the following amendments have been made to Debtors' Form 122A-1, Schedule I and Statement of Financial Affairs:

1)    Updated monthly income information for Debtors, Christopher and Holly Bowman on Form 122A-1;

2)    Updated monthly income information for Debtors Christopher and Holly Bowman on Schedule I;

3)    Updated answers to questions 4 and 16 on Statement of Financial Affairs.

.

Glaus and Gohn, LC
1930 Broadway Suite A
Cape Girardeau, MO 63701
(573) 332-1341 fax (573) 334-5347
notice@glausandgohn.com

/s/ ADAM E. GOHN
Bar #65533/Fed Bar #65533MO
ATTORNEY FOR DEBTORS

PROOF OF SERVICE

The undersigned certifies that a true copy of Debtors' Rule 1009 Memorandum was mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED, including the debtors, on this 17th day of February, 2016.

Glaus and Gohn, LC
1930 Broadway Suite A
Cape Girardeau, MO 63701
(573) 332-1341 fax (573) 334-5347
notice@glausandgohn.com

/s/ ADAM E. GOHN
Bar #65533/Fed Bar #65533MO
ATTORNEY FOR DEBTORS